MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; BANK OF AMERICA, N.A., a national banking association; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01543-APG-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Big Rock Assets Management, LLC and defendant Bank of America, N.A. (**BANA**) stipulate that BANA shall have an additional twenty-one (21) days, up to and including January 23, 2023, to file its response to the complaint, which is currently due on January 2, 2023.  ECF No. 10.

Good cause exists to grant the requested extension.  BANA is requesting additional time due to ongoing settlement discussions and the holiday season.  BANA also needs additional time to confer with Fannie Mae and FHFA regarding loan, settlement, and the response to the complaint.

. . .

{67867658;1}

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 19th day of December, 2022.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Joseph Y. Hong* <br> JOSEPH Y. HONG, ESQ. <br> Nevada Bar No. 5995 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, NV 89135 <br><br> *Attorney for Big Rock Assets Management, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
2:22-cv-01543-APG-EJY

**DATED:   December 19, 2022**

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

{67867658;1}