JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 870-
Fax:  (702) 870-0500
Yosuphonglaw@gmail.com
*Attorney for Plaintiff, Big Rock Assets Managements, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENTS, LLC., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; BANK OF AMERICA, N.A., a national banking association; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01543-APG-EJY<br><br>**FIRST STIPULATION AND ORDER TO EXTEND DEADLINES FOR BIG ROCK ASSETS MANAGEMENTS, LLC TO FILE ITS REPLIES IN SUPPORT OF MOTION TO REMAND [ECF No. 15], MOTION FOR ATTORNEY'S FEES [ECF No. 16], AND MOTION TO STAY CASE [ECF No. 17]** |

The current deadlines for Plaintiff, Big Rock Assets Managements, LLC (**"Big Rock"**), to file its replies in support of motion to remand [ECF no. 15]  and motion for attorney's fees [ECF No. 16] is March 20, 2023, and its reply in support of motion to stay [ECF No. 17] is March 21, 2023.

Big Rock shall have 14 days through April 3, 2023 to file its replies in support of its motion to remand [ECF no. 15]  motion for attorney's fees [ECF No. 16], and motion to stay [ECF No. 17].

…

…

PAGE 1

145708761

The parties are requesting additional time due to the ongoing settlement negotiations in this case and other related cases. This is the parties' first request for extension of these deadlines, and is not intended to cause any delay or prejudice to the any party.

IT IS SO AGREED AND STIPULATED.

DATED this 20th day of March, 2023

| /s/ *Scott R. Lachman* | /s/ *Joseph Y Hong* |
|---|---|
| Scott R. Lachman, Esq. | Joseph Y Hong, Esq. |
| Nevada Bar No. 12016 | Nevada Bar No. 005995 |
| AKERMAN LLP | HONG & HONG LAW OFFICE. |
| 1635 Village Center Circle., Ste. 200 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, NV 89134 | Las Vegas, NV 89135 |
| Scott.Lachman@akerman.com | yosuphonglaw@gmail.com |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Big Rock Assets Management, LLC* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 21, 2023

PAGE 2

145708761