JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Tel: (702) 870-1777
Email: yosuphonglaw@gmail.com
Attorney for Plaintiff
*BIG ROCK ASSETS MANAGEMENT, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BIG ROCK ASSETS MANAGEMENT, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; BANK OF AMERICA, N.A., a national banking association; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-01543-AGP-EJY<br><br>**PLAINTIFF, BIG ROCK ASSETS MANAGEMENT, LLC'S, REQUEST TO HAVE COUNSEL APPEAR BY SIMULTANEOUS AUDIOVISUAL TRANSMISSION VIA THE COURT'S ZOOM PLATFORM AND/OR BY TELEPHONE** |

Pursuant to the Court's Minute Order [ECF No. 38], the Court has scheduled a hearing on Plaintiff's Motion to Remand [ECF No. 15] for May 2, 2023 at 9:00 a.m. with each side limited to 10 minutes of oral argument. Counsel for Plaintiff, BIG ROCK ASSETS MANAGEMENT, LLC, respectfully requests permission of the Court to appear and participate by simultaneous audiovisual transmission via the Court's Zoom platform and/or by telephone at the hearing. Since the COVID-19 pandemic, due to health reasons of a family member, counsel continues to work

1

remotely overseas at this time. Counsel is capable of addressing any issues that may arise at the hearing without being physically present in court. Counsel has discussed this matter with counsel for Defendant, BANK OF AMERICA, N.A., who does not oppose this request.

DATED this 25th day of April, 2023.

HONG & HONG LAW OFFICE

By /s/ *Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
State Bar No. 005995
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Attorney for Plaintiff
*BIG ROCK ASSETS MANAGEMENT, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated this 26th day of April, 2023.

**UNITED STATES DISTRICT JUDGE**

2